IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., ) | No. CV 06-02620 PHX NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Moore Corporation; Coleen M. Orton, ) | |
| Defendants. ) | |

The court notes that the Complaint in this matter was filed October 31, 2006, and service was effected November 3, 2006. Default was entered as to both defendants on January 8, 2007, but no action has occurred since entry of default.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall dismiss this action with prejudice and without further notice to Plaintiff after **March 30, 2007**, for lack of prosecution pursuant to LRCiv 41.1, unless before then Plaintiff has filed an application for default judgment.

DATED this 6th day of March 2007.

_____
Neil V. Wake
United States District Judge