Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff

André H. Merrett (#020889)
amerrett@quarles.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona corporation, | NO. CV06-2620-PHX-NVW |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| Moore Corporation, a Utah corporation; and Coleen M. Orton, an individual, | |
| Defendants. | |

Counsel for Plaintiff, Best Western International, Inc., hereby serves notice that effective May 21, 2007, his contact information is as follows:

André H. Merrett
Quarles & Brady, LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391
Telephone:  602-229-5520
Facsimile:  602-417-2912
E-Mail:  amerrett@quarles.com

QBPHX\2095673.1

RESPECTFULLY SUBMITTED this 4th day of June, 2007.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391

By  *s/André H. Merrett*
    André H. Merrett

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing;

and

I hereby certify that on June 4, 2007, I mailed copies of the foregoing via first-class mail to the following parties:

Moore Corporation
c/o New Western Motel
2 E. Center St.
Panguitch, UT 84759

Coleen M. Orton
New Western Motel
2 E. Center St.
Panguitch, UT 84759

*s/ Kim Simmons*